# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/15/17

**JUDGE:** Noel H. Hillman

**COURT REPORTER:** Robert Tate

**OTHERS:**  **DOCKET NO.** Civ. #17-3442

**TITLE OF CASE:**

RYAN ALCORN
    v.
CAPITAL ADVANCE SOLUTIONS

**APPEARANCES:**
Christopher D. Devanny, Esq. (KENT & McBRIDE PC) for deft.

**NATURE OF PROCEEDINGS:**

Hearing on motion by deft. for a Temporary Restraining Order.

**DISPOSITION:**

ORDERED motion DENIED. ORDERED hearing scheduled **May 17, 2017 @ 1:00 PM.**

                                                s/Barbara Fisher
                                                   Deputy Clerk

Time Commenced: 3:20 PM    Time Adjourned: 3:40 PM