UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES E. SHELTON d/b/a FINAL VERDICT SOLUTIONS, Assignee,<br><br>      Plaintiff,<br><br>  v.<br><br>CAPITAL ADVANCE SOLUTIONS, LLC,<br><br>      Defendant. | HONORABLE NOEL L. HILLMAN<br><br>CIVIL ACTION NO. 17-3442<br>(NLH/AMD)<br><br>**ORDER** |

This matter having opened before the Court upon Plaintiff / Assignee James E. Shelton's registration of a judgment by default entered in the United States District Court for the Southern District of Texas (Docket 17-mc-0008), and Defendant Capital Advance Solutions' Motion for a Temporary Restraining Order seeking to enjoin Plaintiff / Assignee from further executing on the default judgment, and for the reasons stated in open Court on the record at the hearing held on May 17, 2017, with Plaintiff / Assignee appearing *pro se*, and counsel for Defendant appearing,

    **IT IS** on this 17th day of May, 2017,

    **ORDERED** that the "Motion to vacate default judgment and writ of execution, and for a Temporary Restraining Order" [Docket #1] shall be, and the same hereby is, **GRANTED IN PART and DENIED IN PART** as follows:

1

(1) Plaintiff / Assignee James E. Shelton shall be, and hereby is, **ENJOINED** from further executing on the default judgment at issue until further order of this Court; and

(2) The writs of execution entered in 17-mc-0008-NLH shall be, and the same hereby are, **VACATED**; and

(3) Defendant Capital Advance Solutions shall be, and hereby is, directed, within 5 business days of the date of this order, to either: (A) deposit with the court, pursuant to Fed. R. Civ. P. 67(a), cash or bond in the amount of $30,000.00; or (B) deposit with the court, pursuant to Fed. R. Civ. P. 67(a), cash or bond in an amount equal to Defendant's Affinity Federal Credit Union account balance, and, if Defendant chooses option (B) above also provide Plaintiff / Assignee a list of all financial institutions where Defendant maintains deposit accounts; and

(4) The Motion shall be, and hereby is, **DENIED IN ALL OTHER RESPECTS.**

At Camden, New Jersey                              __s/ Noel L. Hillman____
                                                   NOEL L. HILLMAN, U.S.D.J.