UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    Proceeding Date: May 24, 2017

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                DOCKET NO. 17-3442(NLH/AMD)
**James Shelton, et al**
v.
**Capital Advance Solutions**

**APPEARANCES:**
James Shelton, Pro Se plaintiff
Christopher Devanny, Esq. for defendant

NATURE OF PROCEEDINGS:     Discovery and Settlement Conference

**DISPOSITION:**
Discovery and Settlement Conference held on the record

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:54 p.m.     Time Adjourned: 3:21 p.m.
Time Commenced: 3:38 p.m.     Time Adjourned: 3:42 p.m.
Time Commenced: 3:57 p.m.     Time Adjourned: 4:03 p.m.

Total time:  37 mins.